Tara J. Schleicher, OSB #954021
E-Mail: tara.schleicher@foster.com
Jason M. Ayres, OSB #001966
E-Mail: jason.ayres@foster.com
Margaret S. Sholian
Email: Maggie.sholian@foster
FOSTER GARVEY PC
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| CORVALLIS HOSPITALITY, LLC, an Oregon limited liability company,<br><br>          Plaintiff,<br><br>   v.<br><br>WILMINGTON TRUST, NATIONAL ASSOCIATION, as TRUSTEE FOR THE BENEFIT OF THE HOLDERS OF LCCM 2017-LC26 MORTGAGE TRUST COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2017-LC26; MIDLAND LOAN SERVICES, INC., a Delaware corporation; BEACON DEFAULT MANAGEMENT, INC., a California corporation, and K-STAR ASSET MANAGEMENT, LLC, a Delaware limited liability company,<br><br>          Defendants. | Case No. 6:22-cv-00024-MC<br><br>**ACKNOWLEDGEMENT AND ACCEPTANCE OF SERVICE FOR DEFENDANT K-STAR ASSET MANAGEMENT, LLC** |

       I, Stephen Ascher, declare and state that I am a member of the Oregon State Bar and

was admitted *Pro Hac Vice* in the above matter.  I am authorized to accept service of process on

behalf of Defendant K-Star Asset Management, LLC, in lieu of personal service; and I hereby

Page 1 – ACKNOWLEDGEMENT AND ACCEPTANCE OF SERVICE FOR DEFENDANT K-STAR ASSET MANAGEMENT, LLC

FG: 103292559.1

FOSTER GARVEY PC
ELEVENTH FLOOR
121 SW MORRISON STREET,
PORTLAND, OREGON 97204-3141
(503) 228-3939

acknowledge and accept service by email of a copy of the Second Amended and Supplemental Complaint in the above-entitled case. This Acceptance of Service is to have the same force and effect as if the Defendant was personally served with the Second Amended and Supplemental Complaint.

I further certify that any irregularities in the manner of service are hereby waived and that service was accomplished by email to SAscher@jenner.com and effective as of the date indicated below.

DATED this 3rd day of ~~January~~ February, 2025.

JENNER & BLOCK LLP

By: /s/ Stephen L. Ascher
Stephen L. Ascher, *Pro Hac Vice*
Email: SAscher@jenner.com

Page 2 – ACKNOWLEDGEMENT AND ACCEPTANCE OF SERVICE FOR DEFENDANT K-STAR ASSET MANAGEMENT, LLC

FG: 103292559.1